# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 29  PM 1: 07

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JOHNNIE ODUM, )<br><br>    Plaintiff, )<br><br>v. )<br><br>BRYAN COUNTY, BRYAN COUNTY )<br>SHERIFF'S DEPT., BRYAN COUNTY )<br>JAIL, and BRYAN COUNTY PUBLIC )<br>DEFENDER'S OFFICE, )<br><br>    Defendants. ) | Case No.  CV406-260 |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this *29th* day of *NOVEMBER*, 2006.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**